**ROCKSTONE CAPITAL**

v.

**IDR ENTERPRISES**

**1423 EDA 2016**

Superior Court of Pennsylvania.

09/26/2017

No. 2007–14013
(Montgomery)

Affirmed

COM.

v.

**QUINN, M.**

**1540 EDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–51–CR–0008586–2014
(Philadelphia)

Reversed/Remanded

IN the INTEREST OF: J.S., a Minor

**1996 EDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–39–JV–0000216–2016 (Lehigh)

Remanded Jurisdiction Retained

**BROOKWORTH PARTNERS, LP**

v.

**FRANKFORD MACHINERY**

**2967 EDA 2016**

Superior Court of Pennsylvania.

09/26/2017

No. 2013–08010 (Delaware)

Affirmed

COM.

v.

**DAY, L.**

**32 EDA 2017**

Superior Court of Pennsylvania.

09/26/2017

CP–51–CR–1223441–1981 (Philadelphia)

Affirmed